**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 13-cv-03507-CMA

JOSEPH REID and
GORDON MILLER, on behalf of themselves and similarly situated employees,

     Plaintiffs,

v.

NEWALTA ENVIRONMENTAL SERVICES, INC.,

     Defendant.

_____

**ORDER GRANTING JOINT MOTION FOR AMENDMENT OF THE COURT'S**
**JANUARY 23, 2014 "ORDER GRANTING MOTION TO CERTIFY"**

_____

     This matter is before the Court on the Parties' Joint Motion for Amendment of the Court's January 23, 2014 "Order Granting Motion to Certify" (Doc. # 21).   Upon full consideration of the motion and all other papers and proceedings herein, it is hereby ORDERED that the Motion for Amendment is GRANTED.   The Court's January 23, 2013 Order Granting Motion to Certify (Doc. # 18) ("January 23rd Order") is amended as follows:

     1.  Paragraph 4 is amended to read:

Within one (1) business day of the entry of this Order, Plaintiffs' counsel will send to Defendant's counsel (via priority overnight mail) notice packages enclosed within unsealed envelopes bearing Plaintiff's counsel's return address and containing finalized copies of the attached approved amended "Notice of Collective Action Lawsuit" (as docketed at 21-1), the "Opt-In Consent Form" (as docketed at 12-2), and a postage-paid return envelope bearing Plaintiffs' counsel's address (collectively, the "Notice Package").   Plaintiff's counsel will pay all postage and printing costs associated with the preparation and mailing of the Notice Packages.   Upon receipt of the Notice Packages, Defendant's counsel will seal the Notice Package envelopes and address the Notice Package envelopes with each Putative Collective Action Member's last known address and, within three (3) business

days of the entry of this Order, mail the Notice Package to each Putative Collective Action Member.  If any Notice Package is returned with a forwarding address, Plaintiff's counsel will promptly re-mail the Notice Package to the forwarding address.  If any Notice Package is returned as undeliverable, Plaintiffs' counsel will take all reasonable steps to locate alternative addresses for the intended recipient and will promptly re-mail the Notice Package to the alternative address.

2.   Paragraph 5 is amended to read:

Within five (5) business days of the entry of this order, Defendant's counsel shall file with the Court a declaration confirming that he/she fulfilled the mailing obligations in accordance with paragraph 4.  Such declaration shall include a list of the Putative Collective Action Members to whom the Notice Package was sent identified by name.

3.   Except as modified in paragraphs 1-2 above, all other aspects of the January 23rd Order (Doc. # 18) remain in effect.

DATED:  February __04__, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge