IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03507-CMA

JOSEPH REID and GORDON MILLER, on behalf of themselves and similarly situated employees,
    Plaintiff,
v.

NEWALTA ENVIRONMENTAL SERVICES, INC.,
    Defendant.

_____

**NOTICE OF FILING
NOTICES OF CONSENT**
_____

Plaintiffs Joseph Reid and Gordon Miller hereby file, pursuant to 29 U.S.C. § 216(b), the attached Notice of Consent forms on behalf of the following Opt-In Plintiffs: Brian Armstrong, Bruce Childers, Steven Mimio, Dennis Mitchell, and Ryan Northington.

Date: February 28, 2014    Respectfully,

/s/ R. Andrew Santillo
Peter Winebrake, Esq.
R. Andrew Santillo, Esq.
Winebrake & Santillo, LLC
715 Twining Rd., Ste. 211
Dresher, PA 19025
Telephone: (215) 884-2491
Email: asantillo@winebrakelaw.com

Robert E. DeRose, Esq.
Barkan Meizlish, LLP
250 E. Broad Street, 10th Floor
Columbus, OH 43215
Telephone: (614) 744-2307

*Plaintiffs' Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2:13-cv-03507-CMA

JOSEPH REID and GORDON MILLER, on behalf of themselves and similarly situated employees,
    Plaintiff,

v.

NEWALTA ENVIRONMENTAL SERVICES, INC.,
    Defendant.

## OPT-IN CONSENT FORM

I hereby consent, pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), to become a party plaintiff in the above-captioned FLSA action. I have read the February 7, 2014 document entitled "NOTICE OF COLLECTIVE ACTION LAWSUIT," and I understand that I will be bound by the judgment of the Court on all issues in this action. I agree to be represented by the law firm of Winebrake & Santillo, LLC (Dresher, PA) and Barkan Meizlish, LLP (Columbus, OH) throughout this action.

Name (Print Clearly): Brian F Armstrong

Phone No.: (817) 718-2802

Street: 850 Sessoms Rd

Town, State, Zip Code: Springtown TX 76082

I declare that the foregoing is true and correct and certify that this is my signature below.

Signature: /s/ Brian Armstrong

Date Signed: 2/16/2014

**IF YOU ELECT TO PARTICIPATE AS A PARTY PLAINTIFF IN THIS LAWSUIT, THIS FORM MUST BE RETURNED IN THE ENCLOSED ENVELOPE, POSTMARKED ON OR BEFORE _MARCH 24, 2014_, ADDRESSED TO:**

    **Winebrake & Santillo, LLC**
    715 Twining Road, Suite 211
    Dresher, PA 19025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2:13-cv-03507-CMA

JOSEPH REID and GORDON MILLER, on behalf of themselves and similarly situated employees,
    Plaintiff,
v.

NEWALTA ENVIRONMENTAL SERVICES, INC.,
    Defendant.

---

## OPT-IN CONSENT FORM

---

I hereby consent, pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), to become a party plaintiff in the above-captioned FLSA action. I have read the February 7, 2014 document entitled "NOTICE OF COLLECTIVE ACTION LAWSUIT," and I understand that I will be bound by the judgment of the Court on all issues in this action. I agree to be represented by the law firm of Winebrake & Santillo, LLC (Dresher, PA) and Barkan Meizlish, LLP (Columbus, OH) throughout this action.

Name (Print Clearly): Bruce A. Childers
Phone No.: (501) 581-9480
Street: 34 Louise Lane
Town, State, Zip Code: Greenbrier, AR 72058

I declare that the foregoing is true and correct and certify that this is my signature below.

Signature: Bruce A Childers
Date Signed: 2/19/14

**IF YOU ELECT TO PARTICIPATE AS A PARTY PLAINTIFF IN THIS LAWSUIT, THIS FORM MUST BE RETURNED IN THE ENCLOSED ENVELOPE, POSTMARKED ON OR BEFORE _MARCH 24, 2014_, ADDRESSED TO:**

> Winebrake & Santillo, LLC
> 715 Twining Road, Suite 211
> Dresher, PA 19025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2:13-cv-03507-CMA

JOSEPH REID and GORDON MILLER, on behalf of themselves and similarly situated employees,
       Plaintiff,
v.

NEWALTA ENVIRONMENTAL SERVICES, INC.,
       Defendant.

## OPT-IN CONSENT FORM

I hereby consent, pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), to become a party plaintiff in the above-captioned FLSA action. I have read the February 7, 2014 document entitled "NOTICE OF COLLECTIVE ACTION LAWSUIT," and I understand that I will be bound by the judgment of the Court on all issues in this action. I agree to be represented by the law firm of Winebrake & Santillo, LLC (Dresher, PA) and Barkan Meizlish, LLP (Columbus, OH) throughout this action.

_Steven Munro_
Name (Print Clearly)

_484-723-8121_
Phone No.

_2909 2nd St SE_
Street

_Minot ND 58701_
Town, State, Zip Code

I declare that the foregoing is true and correct and certify that this is my signature below.

_Steven Munro_
Signature

Date Signed: _2-13-2014_

**IF YOU ELECT TO PARTICIPATE AS A PARTY PLAINTIFF IN THIS LAWSUIT, THIS FORM MUST BE RETURNED IN THE ENCLOSED ENVELOPE, POSTMARKED ON OR BEFORE _MARCH 24, 2014_, ADDRESSED TO:**

**Winebrake & Santillo, LLC**
715 Twining Road, Suite 211
Dresher, PA  19025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2:13-cv-03507-CMA

JOSEPH REID and GORDON MILLER, on behalf of themselves and similarly situated employees,
    Plaintiff,

v.

NEWALTA ENVIRONMENTAL SERVICES, INC.,
    Defendant.

## OPT-IN CONSENT FORM

I hereby consent, pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), to become a party plaintiff in the above-captioned FLSA action. I have read the February 7, 2014 document entitled "NOTICE OF COLLECTIVE ACTION LAWSUIT," and I understand that I will be bound by the judgment of the Court on all issues in this action. I agree to be represented by the law firm of Winebrake & Santillo, LLC (Dresher, PA) and Barkan Meizlish, LLP (Columbus, OH) throughout this action.

_Dennis Mitchell_
Name (Print Clearly)

_501 548-1480_
Phone No.

_5234 Gourdneck Valley Rd_
Street

_Malvern Ar 72104_
Town, State, Zip Code

I declare that the foregoing is true and correct and certify that this is my signature below.

_[signature]_
Signature

Date Signed: _2·19·14_

**IF YOU ELECT TO PARTICIPATE AS A PARTY PLAINTIFF IN THIS LAWSUIT, THIS FORM MUST BE RETURNED IN THE ENCLOSED ENVELOPE, POSTMARKED ON OR BEFORE _MARCH 24, 2014_, ADDRESSED TO:**

    **Winebrake & Santillo, LLC**
    715 Twining Road, Suite 211
    Dresher, PA  19025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2:13-cv-03507-CMA

JOSEPH REID and GORDON MILLER, on behalf of themselves and similarly situated employees,
    Plaintiff,

v.

NEWALTA ENVIRONMENTAL SERVICES, INC.,
    Defendant.

## OPT-IN CONSENT FORM

I hereby consent, pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), to become a party plaintiff in the above-captioned FLSA action. I have read the February 7, 2014 document entitled "NOTICE OF COLLECTIVE ACTION LAWSUIT," and I understand that I will be bound by the judgment of the Court on all issues in this action. I agree to be represented by the law firm of Winebrake & Santillo, LLC (Dresher, PA) and Barkan Meizlish, LLP (Columbus, OH) throughout this action.

Name (Print Clearly): Ryan Northington

Phone No.: 701-425-9594

Street: 15885 S. Rockford Heights Rd

Town, State, Zip Code: Coeur d'Alene, Idaho 83814

I declare that the foregoing is true and correct and certify that this is my signature below.

Signature: [signed]

Date Signed: 2/20/14

**IF YOU ELECT TO PARTICIPATE AS A PARTY PLAINTIFF IN THIS LAWSUIT, THIS FORM MUST BE RETURNED IN THE ENCLOSED ENVELOPE, POSTMARKED ON OR BEFORE _MARCH 24, 2014_, ADDRESSED TO:**

    **Winebrake & Santillo, LLC**
    715 Twining Road, Suite 211
    Dresher, PA 19025