IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-03507-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:                 April 28, 2014 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                                                *Counsel:*

JOSEPH REID, *et al.*,                                        R. Andrew Santillo
                                                                              Peter D. Winebrake
      Plaintiffs,

v.

NEWALTA ENVIRONMENTAL                         Rebecca B. DeCook
SERVICES, INC.,                                                  Dean E. Richardson

      Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:        1:32 p.m.**
Court calls case.  Appearances of counsel.

The court addresses counsel regarding their proposed order and the discovery limitations proposed.

Phone connection lost.

**1:37 p.m.        Court is in recess.**

**1:41 p.m.        Court is in session.**

Discussion held regarding the parties' opposing proposed discovery deadlines and limitations, expert discovery, and expectation of when the case would go to trial.

The court proposes an alternative discovery schedule.  Counsel have no objection.

**ORDERED:**            The court will **ADOPT** the following discovery schedule:

      All written discovery, including any responses, shall be completed by **June 20, 2014**.  Upon a showing of good cause, a party may seek leave for additional time.

      Each Plaintiff may serve fifteen (15) Interrogatories, fifteen (15) Requests for

>Production of Documents, and fifteen (15) Requests for Admission on the Defendant.
>
>The Defendant may serve fifteen (15) Interrogatories, fifteen (15) Requests for Production of Documents, and fifteen (15) Requests for Admission on each Plaintiff.

**ORDERED:**     A Telephonic Status/Scheduling Conference is set for **June 27, 2014 at 9:15 a.m.** At that time, the court will set limitations on and the timing of depositions and expert discovery.

Discussion held regarding the parties reaching an agreement as to standard and/or tailored interrogatories/requests for production and a potential motion to decertify.

Discussion between the court and counsel for Plaintiffs regarding the potential need for additional time related to his ability to reach additional opt-in Plaintiffs.

A scheduling order will not be entered at this time.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

HEARING CONCLUDED.
**Court in recess:      2:46 p.m.**
Total time in court:    01:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.