IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-03507-CMA-CBS | Date: June 27, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

JOSEPH REID, et al.                                    Robert DeRose,II
                                                       Peter Winebrake

Plaintiff,

v.

BRIAN SMITH                                            Richard Burch

Consol Plaintiff,

v.

NEWALTA ENVIRONMENTAL                                  Rebecca DeCook
SERVICES, INC.

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 09:10 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding deadlines set at last hearing, status of written discovery, there are 6 individuals Plaintiff's counsel has been unable to get in contact with to obtain interrogatory responses from, progress on consolidated case *Smith v. Newalta Environmental Services, Inc.,* the possibility of Smith Plaintiff filing Motion to Amend Complaint, early settlement discussions regarding Reid case, and anticipated expert discovery.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Fact Depositions must be completed by: **October 30, 2014**
Dispositive Motions and Motions to De-Certify Deadline: **December 1, 2014**
Parties shall designate affirmative experts **on or before: November 21, 2014**
Parties shall designate rebuttal experts **on or before: December 22, 2014**

Expert Deposition Deadline: **January 30, 2015**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

**FINAL  PRETRIAL CONFERENCE**  is set for  March 11, 2015 at 9:15 a.m.
Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

A formal Scheduling Order will not be entered.

**Court in recess: 09:42 a.m.**

Hearing concluded.
Total time in court:     00:32

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.