IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-03507-CMA-CBS (Consolidated for all purposes with
Civil Action No. 14-cv-01037-CMA-CBS)

JOSEPH REID and
GORDON MILLER, on behalf of themselves and similarly situated employees,

  Plaintiffs,

v.

NEWALTA ENVIRONMENTAL SERVICES, INC.,

  Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO CERTIFY CLASS AND APPROVE THE SETTLEMENT OF THIS FLSA COLLECTIVE ACTION AND UNOPPOSED MOTION FOR RULING APPROVING SETTLEMENT**

This matter is before the Court on Plaintiffs Joseph Reid and Gordon Miller's Unopposed Motion to Certify Class and Approve the Settlement of this Fair Labor Standards Act ("FLSA") Collective Action (Doc. # 55) and Consolidated Plaintiff Brian Smith's Unopposed Motion for Ruling Approving Settlement (Doc. # 58). Based on the representations of the parties, the Court finds no dispute that the Settlement Agreement was negotiated at arm's length and is a fair, equitable, and reasonable resolution of a *bona fide* dispute in contested litigation. There being no assertions otherwise, the Court so finds. Therefore, upon full consideration of the motions and all other papers and proceedings herein, it is hereby ORDERED as follows:

1. Unopposed Motion to Certify Class and Approve the Settlement of this FLSA Collective Action (Doc. # 55) is GRANTED.

2. Consolidated Plaintiff Brian Smith's Unopposed Motion for Ruling Approving Settlement (Doc. # 58) is GRANTED.

3. Final certification is warranted with respect to the FLSA collective consisting of the 35 Plaintiffs listed in Paragraph 1.17 of the Settlement Agreement.

4. The Settlement Agreement and Release is APPROVED.

5. The request for approval of the parties' agreement to make $150,000 in settlement payments to Plaintiffs is APPROVED.

6. The request for approval of the parties' agreement to pay attorney fees in the amount of $88,000 is APPROVED.

7. The parties are directed to proceed with the administration of the settlement as provided by the terms of the Settlement Agreement.

8. This action is DISMISSED WITH PREJUDICE, although the Court will retain jurisdiction for the limited purpose of enforcing the settlement terms.

DATED: February __19__, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

2